IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANIS STEWART | ) | Case No. 00-00046 |
| | ) | (Chapter 13) |
| Debtor | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JANIS STEWART | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 02-10020 |
| | ) | |
| CAPITAL CITY MORTGAGE CORP. | ) | |
| | ) | |
| Defendants | ) | |

## APPELLANT'S DESIGNATION OF ISSUE PRESENTED AND OF RECORD

**ISSUE PRESENTED ON APPEAL**

Whether an attorney's fee provision contained in an Agreement whose sole purpose is to revise a predatory note and deed of trust, which revised note and deed of trust are attached to the Agreement as exhibits, extends to enforcement of the note and deed of trust.

**DESIGNATION OF RECORD FOR APPEAL**

1. Complaint (D.E. #1)

2. Answer (D.E. #4)

3. Plaintiff's Trial Exhibit (D.E. #16)

4. Memorandum Decision (D.E. #34)

5. Order of November 10, 2004 (D.E. #35)

6. Plaintiff's Statement of Fees and Costs (D.E. #38)

7. Capital City's Submission (D.E. #39)

8. Capital City's Response to Statement of Fees (D.E. #40)

9. Transcript of hearing held 6/13/2005 (D.E. #46)

10. Order of 6/14/2005 (D.E. #47)

11. Proof of Claim filed by Capital City Mortgage Corporation in the main bankruptcy case, Case No. 00-00046.

Dated: July 11, 2005                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Marcia K. Docter
　　　　　　　　　　　　　　　　　　　　　Marcia K. Docter - D.C. Bar No. 96024
　　　　　　　　　　　　　　　　　　　　　David E. Lynn - #360397
　　　　　　　　　　　　　　　　　　　　　801 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　(202) 669-5348

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on __July 11, 2005__, a copy of the foregoing was sent via first-class mail, postage prepaid, to Charles Acker, III, Esq., Capital City Mortgage Corp., 1223 11th Street, N.W., Washington, DC 20001.

　　　　　　　　　　　　　　　　　　　　　/s/ David E. Lynn
　　　　　　　　　　　　　　　　　　　　　David E. Lynn