UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANIS STEWART | ) | |
| | ) | |
|     Appellant | ) | Civil Action No. 05-1586 |
| | ) | (J. Robertson Jr., Judge) |
| v. | ) | |
| | ) | (Bankruptcy Case No. 00-00046; |
| CAPITOL CITY MORTGAGE CORP. | ) | (Adversary Proceeding No. 02-10020) |
| | ) | |
|     Appellee | ) | |

**LINE ENTERING APPEARANCE**

Please enter the appearance of the undersigned as co-counsel for the Appellant.

Dated: August 21, 2005          Respectfully submitted,

                                 */s/ David E. Lynn*
                                 David E. Lynn #360397
                                 11300 Rockville Pike, #408
                                 Rockville, MD 20852
                                 (301) 255-0100

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on  August 21, 2005 , a copy of the foregoing was sent via first-class mail, postage prepaid, to Charles Acker, Esq., 1223 11th Street, N.W., Washington, DC 20001.

                                 */s/ David E. Lynn*
                                 David E. Lynn