## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANIS STEWART | ) | |
| | ) | |
|     Appellant | ) | Civil Action No. 05-1586 |
| | ) | (J. Robertson Jr., Judge) |
| v. | ) | |
| | ) | (Bankruptcy Case No. 00-00046; |
| CAPITOL CITY MORTGAGE CORP. | ) | (Adversary Proceeding No. 02-10020) |
| | ) | |
|     Appellee | ) | |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Janis Stewart, Appellant, by and through counsel, moves this Honorable Court to extend the time for filing Appellant's brief, until September 22, 2005. The extension is requested as the Bankruptcy Court transcript which has been ordered has not yet been received. Counsel for the Appellee has consented to this motion.

WHEREFORE, the premises considered, Appellant requests the Court to enter an order extending the time for filing Appellant's brief to September 22, 2005.

Dated: August 21, 2005                     Respectfully submitted,

                                                                 */s/ David E. Lynn*
                                                                  David E. Lynn #360397
                                                                  11300 Rockville Pike, #408
                                                                  Rockville, MD 20852
                                                                  (301) 255-0100

### MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 8011 of the Federal Rules of Bankruptcy Procedure.

2. Rule LCvR7 of the Local Rules of this Court.

3. The record in the instant proceeding.

                                                                  */s/ David E. Lynn*
                                                                  David E. Lynn

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on  August 21, 2005 , a copy of the foregoing was sent via first-class mail, postage prepaid, to Charles Acker, Esq., 1223 11th Street, N.W., Washington, DC 20001.

                                      */s/ David E. Lynn*
                                        David E. Lynn