## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANIS STEWART | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 05-1586 |
| | ) | (J. Robertson Jr., Judge) |
| v. | ) | |
| | ) | (Bankruptcy Case No. 00-00046; |
| CAPITOL CITY MORTGAGE CORP. | ) | (Adversary Proceeding No. 02-10020) |
| | ) | |
| Appellee | ) | |

### ORDER EXTENDING TIME TO FILE BRIEF

AT WASHINGTON, in said District:

Upon consideration of the motion of Janis Stewart, Appellant, for an extension of time to file her brief in this matter, on the representation that counsel for the Appellee has consented, and for good cause shown, it is, by the Court

ORDERED: That the time for Appellant to file her brief in this matter is extended to September 22.

Copies to:

Marcia K. Docter, Esq.  
801 Pennsylvania Avenue, N.W. #1101  
Washington, DC 20004

David E. Lynn, Esq.  
11300 Rockville Pike, Suite 408  
Rockville, MD 20852

Charles Acker, Esq.  
1223 11th Street, N.W.  
Washington, DC 20001