IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANICE STEWART | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 05-1586 |
| v. | ) | (James Robertson, Jr., Judge) |
| | ) | |
| CAPITAL CITY MORTGAGE CORP. | ) | (Bankruptcy Case No. 00-00046; |
| | ) | (Adversary Proceeding No. 02-10020) |
| Appellee | ) | |

**EXHIBITS TO APPELLANT'S BRIEF**

Appellant hereby submits the Exhibits to which its Brief referred, as they were inadvertently omitted when the Brief was filed.

Dated:  November 7, 2005          Respectfully submitted,

　　　　　　　　　　　　　　　　　　 */s/ Marcia K. Docter*
　　　　　　　　　　　　　　　　　　Marcia K. Docter #96024
　　　　　　　　　　　　　　　　　　801 Pennsylvania Avenue, N.W. #1101
　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　(202) 669-5348

　　　　　　　　　　　　　　　　　　 */s/ David E. Lynn*
　　　　　　　　　　　　　　　　　　David E. Lynn #360397
　　　　　　　　　　　　　　　　　　15245 Shady Grove Road, Suite 465 North
　　　　　　　　　　　　　　　　　　Rockville, MD 20850
　　　　　　　　　　　　　　　　　　(301) 255-0100

　　　　　　　　　　　　　　　　　　Attorneys for Appellant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  November 7, 2005 , a copy of the foregoing was mailed, postage prepaid, first class to Charles Acker, Esq., 1223 11th Street, N.W., Washington, DC 20001.

　　　　　　　　　　　　　　　　　　 */s/ David E. Lynn*
　　　　　　　　　　　　　　　　　　David E. Lynn