FILED
DEC 10 2004
Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANIS STEWART | ) | Case No. 00-00046 |
| | ) | (Chapter 13) |
| Debtor | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JANIS STEWART | ) | |
| Plaintiff | ) | |
| vs. | ) | Adversary Proceeding No. 02-10020 |
| CAPITAL CITY MORTGAGE CORP. | ) | |
| Defendants | ) | |

**DEBTOR'S ATTORNEY'S STATEMENT OF FEES AND COSTS**

Pursuant to this Court's order dated November 10, 2004, debtor's counsel is herewith presenting this court with a statement of attorney's fees and costs incurred in enforcing the Agreement and Release.

DOCTER, DOCTER & LYNN, P.C.

By: _____
Henry D.W. Docter
Marcia K. Docter
666 11th Street, N.W., Suite 1010
Washington, DC  20001
(202) 628-6800

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2004, a copy of debtor's attorney's statement of fees and costs was sent via first class U.S. Mail, postage prepaid to Charles Acker, III/Leticia M. Watson, Capital City Mortgage, 1223 11th Street, NW Washington, DC 20001.

_____
Henry Docter

Docter, Docter & Lynn, P. C.
666 11th Street N.W.
Suite 1010
Washington, DC 20005

**FILED**

DEC 1 0 2004

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C

December 09, 2004

Janice Stewart
3401 Brothers Place, S.E.
P. O. Box 54010
Washington DC 20032-1515

Client No.   780
Invoice #    10517

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/28/00 | MKD | Read and review documents for 341. | 0.30 300.00/hr | NO CHARGE |
| | MKD | Court appearance for 341. | 1.40 300.00/hr | NO CHARGE |
| | MKD | Prepare Amended Plan. | 0.30 300.00/hr | NO CHARGE |
| 2/29/00 | MKD | Read and review Capital City's Response to Objection to Claim. | 0.30 300.00/hr | 90.00 |
| 3/1/00 | MKD | Telephone conference with Watson regarding continuance. | 0.20 300.00/hr | NO CHARGE |
| | MKD | Prepare interrogatories and request for production. | 1.20 300.00/hr | 360.00 |
| | MKD | Telephone conference with Carmen regarding insurance policies. | 0.30 300.00/hr | 90.00 |

Janice Stewart                                                                                          Page        2

                                                                                                  Hrs/Rate         Amount

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/00 | MKD | Telephone conference with Capital Ccity regarding tax arrearage. | 0.10<br>300.00/hr | 30.00 |
| 3/7/00 | MKD | Revise interrogatories and prepare letter to Watson regarding continuance. | 0.50<br>300.00/hr | 150.00 |
| 3/8/00 | MKD | Prepare letter to Watson and telephone conference regarding date. | 0.20<br>300.00/hr | 60.00 |
| 3/10/00 | MKD | Telephone conference with Butler regarding tax bills. | 0.30<br>300.00/hr | NO CHARGE |
| 4/5/00 | MKD | Read and review responses to discovery. | 0.50<br>300.00/hr | 150.00 |
| 4/18/00 | MKD | Prepare letter response to Watson's letter. | 0.30<br>300.00/hr | 90.00 |
|  | MKD | Prepare letter in response to Watson "objection"; revise same (3x). | 1.00<br>300.00/hr | 300.00 |
| 4/24/00 | MKD | Telephone conference with Watson. | 0.30<br>300.00/hr | 90.00 |
|  | MKD | Prepare Amended Notice of Deposition. | 0.10<br>300.00/hr | 30.00 |
|  | MKD | Prepare letter to Watson. | 0.30<br>300.00/hr | 90.00 |
| 5/9/00 | MKD | Prepare Answers to Interrogatories. | 0.60<br>300.00/hr | 180.00 |
| 5/12/00 | MKD | Revise answers to interrogatories. | 1.50<br>300.00/hr | 450.00 |
|  | MKD | Prepare answers to production of documents. | 1.30<br>300.00/hr | 390.00 |

Janice Stewart                                                                                              Page     3

|         |     |                                                                                   | Hrs/Rate        | Amount |
|---------|-----|-----------------------------------------------------------------------------------|-----------------|--------|
| 5/12/00 | MKD | Further revision of answers to interrogatories.                                   | 1.50 300.00/hr  | 450.00 |
|         | MKD | Revise answer to request for production of documents.                             | 1.30 300.00/hr  | 390.00 |
| 5/15/00 | MKD | Prepare subpoenae for trial witnesses.                                            | 0.30 300.00/hr  | 90.00  |
| 5/16/00 | MKD | Telephone conference with Watson regardig pending matters.                        | 0.30 300.00/hr  | 90.00  |
|         | MKD | Prepare motion for violation of stay.                                             | 0.50 300.00/hr  | 150.00 |
| 5/18/00 | MKD | Conference with Watson, Kuhn regarding ledger.                                    | 2.00 300.00/hr  | 600.00 |
| 5/21/00 | MKD | Telephone conference with Watson - consents to a continuance.                     | 0.10 300.00/hr  | 30.00  |
| 6/16/00 | MKD | Telephone conference with Letisha Watson.                                         | 0.20 300.00/hr  | 60.00  |
|         | MKD | Read and review papers Leticia Watson sent regarding costs, etc.                  | 0.50 300.00/hr  | 150.00 |
|         | MKD | Review Motion for Relief From Stay.                                               | 0.10 300.00/hr  | 30.00  |
| 6/19/00 | MKD | Prepare response to Motion for Relief from Stay, read and review file in connection with. | 1.50 300.00/hr  | 450.00 |
|         | MKD | Revise response to Motion for Relief From Stay.                                   | 0.30 300.00/hr  | 90.00  |
|         | MKD | Prepare letter to DC; Telephone conference with Nancy Smith regarding DC tax claim. | 0.30 300.00/hr  | 90.00  |

Janice Stewart                                                                                              Page     4

|            |       |                                                                                              | Hrs/Rate         | Amount     |
|------------|-------|----------------------------------------------------------------------------------------------|------------------|------------|
| 6/20/00    | MKD   | Telephone conference with client regarding status, insurance, taxes, confirmation and Plan.  | 0.30 300.00/hr   | 90.00      |
| 7/5/00     | MKD   | Telephone conference with Mark Foster regarding Sanne's testimony.                           | 0.30 300.00/hr   | 90.00      |
|            | MKD   | Read and review file and prepare exhibits for hearing.                                       | 1.00 300.00/hr   | 300.00     |
| 7/6/00     | MKD   | Court appearance Motion for Relief From Stay hearing.                                         | 1.00 300.00/hr   | 300.00     |
| 7/7/00     | MKD   | Telephone conference with Foster regarding Sanne and the 5th.                                | 0.30 300.00/hr   | 90.00      |
| 7/10/00    | MKD   | Prepare for hearing.                                                                          | 2.00 300.00/hr   | 600.00     |
| 7/11/00    | MKD   | Court appearance objection to claim of Capital City.                                          | 2.00 300.00/hr   | 600.00     |
| 7/17/00    | MKD   | Telephone conference with client regarding status of Capital City claim, taxes, insurance, motion for sanctions. | 0.30 300.00/hr | 90.00 |
| 8/1/00     | MKD   | Telephone conference with Watson re hearing.                                                  | 0.20 300.00/hr   | 60.00      |
|            | MKD   | Telephone conference with Nancy Smith, Assistant Corporation Counsel, re D.C. claim.          | 0.20 300.00/hr   | NO CHARGE  |
|            | MKD   | Prepare Consent Order re D. C. claim.                                                         | 0.30 300.00/hr   | NO CHARGE  |
| 8/23/00    | MKD   | Letter to Watson regrding $700 charge.                                                        | 0.20 300.00/hr   | 60.00      |
| 8/28/00    | MKD   | Telephone conference with Leitisha Watson regarding accounting issues, meeting.               | 0.20 300.00/hr   | 60.00      |

Janice Stewart                                                                                   Page     5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/20/00 | MKD | Read and review payment status, tax bill, prepare letter to DC regarding tax bill. | 0.50<br>300.00/hr | NO CHARGE |
| 11/9/00 | MKD | Telephone conference with Leticia Watson regarding scheduling meeting to straighten out loan history, and regarding modification negotiated with Sanne. | 0.20<br>300.00/hr | 60.00 |
| 2/7/02 | MKD | Read and review file. | 0.70<br>300.00/hr | 210.00 |
|  | MKD | Prepare adversary proceeding. | 1.00<br>300.00/hr | 300.00 |
| 6/18/02 | MKD | Court appearance - status hearing. | 1.00<br>300.00/hr | 300.00 |
|  | MKD | Prepare letter to Cher; left phone message. | 0.30<br>300.00/hr | 90.00 |
| 7/2/02 | MKD | Court appearance status hearing. | 0.80<br>300.00/hr | 240.00 |
| 7/8/02 | MKD | Prepare interrogatories and production of documents. | 1.00<br>300.00/hr | 300.00 |
| 8/7/02 | MKD | Telephone conference with Letisha Watson regarding our claim, possibility of settlement. | 0.20<br>300.00/hr | 60.00 |
| 8/8/02 | MKD | Prepare letter and documents to Capital City. | 0.60<br>300.00/hr | 180.00 |
| 11/7/02 | MKD | Prepare notice of deposition. | 0.10<br>300.00/hr | 30.00 |
| 12/20/02 | MKD | Conference with client regarding status, trial, documents needed. | 1.00<br>300.00/hr | 300.00 |
| 12/23/02 | MKD | Prepare pre-trial (initial draft). | 1.00<br>300.00/hr | 300.00 |

Janice Stewart                                                                                  Page    6

|            |      |                                                                     | Hrs/Rate        | Amount |
|------------|------|---------------------------------------------------------------------|-----------------|--------|
| 12/23/02   | MKD  | Telephone conference with Foster regarding Sanne.                   | 0.20 300.00/hr  | 60.00  |
|            | MKD  | Telephone conference with Boddie regarding testimony.               | 0.10 300.00/hr  | 30.00  |
| 12/24/02   | MKD  | Revise Pretrial Statement.                                          | 0.50 300.00/hr  | 150.00 |
| 12/31/02   | HDWD | Review, edit and revise pre-trial statement.                        | 1.50 215.00/hr  | 322.50 |
| 1/3/03     | HDWD | Draft response to Watson's letter for MKD.                          | 0.40 215.00/hr  | 86.00  |
| 1/14/03    | MKD  | Read and review file.                                               | 2.00 300.00/hr  | 600.00 |
|            | MKD  | Prepare Responses to Interrogatories.                               | 3.00 300.00/hr  | 900.00 |
|            | MKD  | Conference with Henry Docter regarding trial; motion for sanctions, etc. | 1.00 300.00/hr | 300.00 |
| 1/15/03    | MKD  | Revise Responses to Interrogatories.                                | 0.50 300.00/hr  | 150.00 |
| 1/21/03    | MKD  | Read and review defendant's pre-trial statement.                    | 0.60 300.00/hr  | 180.00 |
|            | MKD  | Telephone conference with Watson.                                   | 0.30 300.00/hr  | 90.00  |
|            | MKD  | Prepare additional exhibits.                                        | 0.50 300.00/hr  | 150.00 |
|            | HDWD | Prepare with Mkd for Court appearance.                              | 1.00 215.00/hr  | 215.00 |

Janice Stewart                                                                                       Page    7

|          |      |                                                                                    | Hrs/Rate        | Amount |
|----------|------|------------------------------------------------------------------------------------|-----------------|--------|
| 1/22/03  | MKD  | Court apprearence pre-trial.                                                       | 2.00 300.00/hr  | 600.00 |
|          | HDWD | Attend hearing with MKD. Assist with organization of documents.                    | 2.10 215.00/hr  | 451.50 |
| 1/30/03  | HDWD | Review MKD's and DDL"s legal bills.5                                               | 0.50 215.00/hr  | 107.50 |
| 1/31/03  | MKD  | Read and review fees incurred.                                                     | 0.20 300.00/hr  | 60.00  |
|          | MKD  | Telephone conference with Watson regarding fees incurred ($13,600).                | 0.20 300.00/hr  | 60.00  |
| 2/3/03   | MKD  | Read and review pretrial exhibits of defendant.                                    | 1.30 300.00/hr  | 390.00 |
|          | MKD  | Compare with trustee's records.                                                    | 1.00 300.00/hr  | 300.00 |
| 2/5/03   | MKD  | Prepare objections to defendant's exhibits.                                        | 0.50 300.00/hr  | 150.00 |
| 3/11/03  | MKD  | Draft letter to Watson regarding possible stipulations.                            | 0.20 300.00/hr  | 60.00  |
|          | MKD  | Telephone conference with Watson regarding possible stipulations.                  | 0.20 300.00/hr  | 60.00  |
|          | MKD  | Read and review file regarding amounts due in preparation for telephone conference with Watson. | 0.30 300.00/hr  | 90.00  |
| 4/4/03   | MKD  | Read and review prior testimony of Jack Matis.                                     | 3.30 300.00/hr  | 990.00 |
| 4/9/03   | MKD  | Read and review prior testimony of Kuhn.                                           | 1.60 300.00/hr  | 480.00 |

Janice Stewart                                                                                              Page     8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/20/03 | MKD | Read and review file regarding payments made. | 1.30<br>300.00/hr | 390.00 |
| 4/21/03 | MKD | Read and review prior testimony of Kuhn. | 1.50<br>300.00/hr | 450.00 |
|  | MKD | Prepare fax to Watson regarding Exhibit 1. | 0.10<br>300.00/hr | 30.00 |
| 4/22/03 | MKD | Conference with Hellen Mahmound regarding loan ledger payments. | 1.00<br>300.00/hr | 300.00 |
|  | MKD | Read and review prior testimony of Kuhn. | 2.00<br>300.00/hr | 600.00 |
|  | MKD | Telephone conference with Finkelstein 2x regarding testimony of Sanne. | 0.30<br>300.00/hr | 90.00 |
|  | HM | Read and review all Stewart files to gather all payments from January 1996 thru present. | 2.50<br>75.00/hr | 187.50 |
| 4/23/03 | MKD | Compare payments with Excel exhibits sent by Watson; read and review exhibits. | 2.00<br>300.00/hr | 600.00 |
|  | MKD | Complete review of prior testimony of Kuhn. (3 volumes). | 0.30<br>300.00/hr | 90.00 |
|  | HM | Assemble exhibits and Exhibit list for Court and prepare Witness list for Court. | 1.50<br>75.00/hr | 112.50 |
| 4/24/03 | MKD | Trial preparation. | 6.30<br>300.00/hr | 1,890.00 |
|  | MKD | Read and review Kaufmann's prior testimony (vol. 2). | 2.50<br>300.00/hr | 750.00 |
| 4/25/03 | MKD | Trial preparation. | 4.90<br>300.00/hr | 1,470.00 |

| Janice Stewart | | | | Page | 9 |
|---|---|---|---|---|---|

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/27/03 | MKD | Trial preparation. | 4.10<br>300.00/hr | 1,230.00 |
| 4/28/03 | MKD | Read and review files. | 2.00<br>300.00/hr | 600.00 |
|  | MKD | Attendance at trial. | 5.50<br>300.00/hr | 1,650.00 |
|  | MKD | Conference with client. | 0.50<br>300.00/hr | 150.00 |
|  | HDWD | Attend Trial 5.5 (includes preparation of client for hearing .3) Debrief and strategize with MKD for tomorrow's continued trial .5 | 6.00<br>215.00/hr | 1,290.00 |
| 4/29/03 | HDWD | Trial preparation. Organize files for MKD (1.0 No Charge). Attend hearing/trial 5.0. (Includes preparation for and actual questioning of Alan Nash on stand .4) | 5.00<br>215.00/hr | 1,075.00 |
|  | MKD | Trial | 5.00<br>300.00/hr | 1,500.00 |
| 5/7/03 | HDWD | Telephone conference with MKD re continued hearing for Judge's ruling. .1  To Court since couldn't reach Janis Stewart by telephone.  I found her waiting outside court room. Informed her of the continuance and answered questions.3. | 0.40<br>215.00/hr | 86.00 |
| 11/18/04 | HDWD | Telephone conference with MKD re Judge Teel's November 10, 2004 decision. .2 | 0.20<br>215.00/hr | 43.00 |
|  |  | For professional services rendered | 116.50 | $31,546.50 |

Additional Charges :

| Court Costs | 65.00 |
|---|---|
| Delivery Cost | 12.90 |
| Fax | 153.00 |

Janice Stewart                                                                                  Page    10

|                                                            | Amount    |
|------------------------------------------------------------|-----------|
| Long Distance                                              | 9.56      |
| Pacer-Court Access                                         | 2.22      |
| Photocopies                                                | 21.60     |
| Postage                                                    | 28.33     |
| Service Fee                                                | 110.00    |
| Witness Fee                                                | 185.00    |
| Total costs                                                | $587.61   |
|                                                            |           |
| Total amount of this bill                                  | $32,134.11|
|                                                            |           |
| 8/25/00 Credit - Witness Fee check to Thomas K. Nash voided| ($35.00)  |
| 8/25/00 Credit - Witness fee check to Stephen Kuhn voided  | ($35.00)  |
|                                                            |           |
| Total payments and adjustments                             | ($70.00)  |
|                                                            |           |
| Balance due                                                | $32,064.11|

Timekeeper Summary

| Name              | Hours | Rate   | Amount      |
|-------------------|-------|--------|-------------|
| Hellen Mahmoud    | 4.00  | 75.00  | $300.00     |
| Henry D. W. Docter| 17.10 | 215.00 | $3,676.50   |
| Marcia K. Docter  | 91.90 | 300.00 | $27,570.00  |